**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|   |   |
|---|---|
| **MAURICE PORTIS, et al** | Civil Action No. 20-5522 (KM) |
| Plaintiffs, |   |
| v. | <u>**ORDER OF DISMISSAL**</u> |
| **MINDSET SOLUTIONS, et al** |   |
| Defendants. |   |

<u>**KEVIN MCNULTY, U.S.D.J.**</u>:

**IT APPEARING** that Plaintiffs, Maurice Portis and Jane and John Does 1-100, appearing through counsel Deena B. Rosendahl, Esq. initiated this action by filing a Complaint in this Court on May 4, 2020 (ECF No. 1); it further

**APPEARING** that the Defendant, Mindset Solutions was duly served on May 15, 2020 (ECF 3); it further

**APPEARING** that the parties consented to set aside entry of default and Defendants to respond to the Complaint within 20 days of September 10, 2020 (ECF No. 6);

**APPEARING** that Defendants' time to respond to the Complaint expired on September 30, 2020;

**APPEARING** that this Court issued a Letter Order on October 28, 2020 requesting that the Plaintiffs move this civil action by requesting entry of default and move for default judgment, or submit a request for an extension of time for Defendant to answer the complaint; and that failure to do so will result in dismissal by November 30, 2020 (ECF No. 7); it further

**APPEARING** that there has been no response to this Court's Letter Order and no activity by the parties on the docket since October 28, 2020;

**IT IS** on this 21st day of December, 2020,

**ORDERED** that Plaintiffs' Complaint is dismissed without prejudice for lack of prosecution.

**IT IS FURTHER ORDERED** that the Clerk of the Court close its file in this matter.

/s/ Kevin McNulty

_____

**HON. KEVIN MCNULTY**
**United States District Judge**