KAUFMAN SEMERARO & LEIBMAN LLP
DEENA B. ROSENDAHL, ESQ. - #040181996)
Two Executive Drive, Suite 530
Fort Lee, New Jersey 07024
T: 201-947-8855
F: 201-947-2402
E: drosendahl@northjerseyattorneys.com
Attorneys for Plaintiff,, Maurice Portis

**SO ORDERED**

**s/Kevin McNulty**
**Hon. Kevin McNulty**
**U.S. District Judge**
**Date: 12/31/2020**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAURICE PORTIS, JANE & JOHN DOES 1-100,<br><br>Plaintiff(s),<br><br>v.<br><br>MINDSET SOLUTIONS, ABC CORPORATIONS, JANE AND JOHN DOES 1-100,<br><br>Defendant(s). | Civil Action No.: 2:20-cv-05522<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed by and between Plaintiff, Maurice Portis and Defendant, Mindset Solutions, through their undersigned counsel, who are authorized to enter this stipulation, that the complaint is dismissed in its entirety with prejudice and without costs or attorneys' fee to any party.

| | |
|---|---|
| KAUFMAN SEMERARO & LEIBMAN, LLP | JAFFE GLENN LAW GROUP, PA |
| *Deena B. Rosendahl* | *Jodi Jaffe* |
| _____ | _____ |
| DEENA B. ROSENDAHL, ESQ. | JODI JAFFE, ESQ. |
| Attorney for Plaintiff | Attorney for Defendant |
| Dated: December 30, 2020 | Dated: December 30, 2020 |